UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CAROLINE THOMPSON TREMONT, | Case No. 2:14-cv-9906-GJS |
|---|---|
| Plaintiff | |
| v. | **JUDGMENT** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this matter REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: March 31, 2016

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE